United States District Court
for the District of New Jersey

_____

**APPLIANCE PARTS DISTRIBUTORS, INC.**

         Plaintiff

**TECUMSEH PRODUCTS COMPANY, ET AL**

         Defendant
_____

Civil No. 09-994

Order of Reassignment

It is on this 26th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Joseph A. Greenaway.

                        S/Garrett E. Brown, Jr.
                  Garrett E. Brown, Jr., Chief Judge
                  United States District Court